

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number 3:20CV406
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:

1. (a) Dominique Vaughan (b) 200000801
   (Name)                    (Inmate number)
   (c) Virginia Beach Correctional Facility
   (Address)
   P.O. Box 6098
   Virginia Beach, VA 23456

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) Ken Stolle (b) Sheriff
   (Name)              (Title/Job Description)
   (c) Virginia Beach Correctional Facility
   (Address)
   P.O. Box 6098
   Virginia Beach VA, 23456

2. (a) W. Midgett (Name)   (b) Lt (Title/Job Description)

(c) Virginia Beach Correctional Facility
P.O. Box 6048
Virginia Beach VA, 23456
(Address)

3. (a) _____ (Name)   (b) _____ (Title/Job Description)

(c) _____ (Address)

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

5. Name of Judge to whom case was assigned:_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_____

_____

III. **GRIEVANCE PROCEDURE**

A. At what institution did the events concerning your current complaint take place: Virginia Beach Correctional Center

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [ ] No [X]

2. If so, where and when: My complaint was deemed a nongrievable matter

3. What was the result? My complaint was deemed a nongrievable matter, which there is no appeal process afterwards

4. Did you appeal? Yes [ ] No [X]

5. Result of appeal: Virginia Beach Correctional Center has no appeal procedure.

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X] No [ ]

If your answer is Yes, what steps did you take? Had love one talk to intel on a recorded line, wrote complaints & told staff my issuses?

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

_____

_____

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I was told on May 9th, & May 16th of 2020 that recreation is a privilege by Lt. W. Midgett. I have been in my cell for months without given a hour of recreation which is a violation of my 8th constitutional Amendment which is cruel & unusual punishment. I am being told that recreation is a privilege even when I am in my cell 24/7. Sheriff Ken Stolle is who made these illegal rules of his jail.

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. ___DTW___ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ _30,000_

__✓__ Grant injunctive relief by _allow everyone in restrictive housing one hour of recreation_

____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Virginia Beach Correctional Facility  P.O. Box 6093_

_Virginia Beach VA, 23456_

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [ ] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _24_ day of _March_, 20_20_.

Plaintiff _[signature]_